UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DOMINIQUE FINCH,<br><br>Defendant. | Criminal No. 1:23-cr-10186-ADB-7 |

### NOTICE OF APPEARANCE OF EDMUND P. DALEY III

Attorney Edmund P. Daley III of the law firm Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., hereby enters an appearance as co-counsel for defendant Dominique Finch in the above-captioned case. Cory Flashner, Mr. Finch's lead attorney, was appointed as CJA counsel on February 14, 2024.

Respectfully submitted,

*/s/ Edmund P. Daley III*
Edmund P. Daley III, BBO# 692290
Mintz Levin Cohn Ferris
Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
617-542-6000
Dated: March 28, 2024                              EPDaley@mintz.com

1

## CERTIFICATE OF SERVICE

      I, Edmund P. Daley III, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing, on March 28, 2024.

                                                */s/ Edmund P. Daley III*
                                                Edmund P. Daley III

516039466v.1