UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DOMINIQUE FINCH | Case No. 23-cr-10186-ADB |

**DEFENDANT'S MOTION FOR RELEASE FROM PRE-TRIAL CUSTODY AND REQUEST FOR A DETENTION HEARING**

Pursuant to 18 U.S.C. § 3142 and 18 U.S.C. § 3145(b), the Defendant, Dominique Finch, respectfully moves this Honorable Court to revoke the Order of Detention entered by Magistrate Judge Donald Cabell on February 16, 2024, and order pre-trial conditions of release. Defense counsel has consulted with the United States regarding a convenient time for the hearing, and the Defendant seeks a hearing on **October 29, 2024**, at a time that is convenient for the Court.

As grounds therefore, counsel for Mr. Finch states that, on February 7, 2024, the Government filed a sealed, five-count, Superseding Indictment (the "Indictment") in the above-captioned matter naming Mr. Finch was named as a Defendant. Mr. Finch is charged with a single count, Count Five, Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity, pursuant to 18 U.S.C. § 1962(d). On February 14, 2024, during Mr. Finch's arraignment, the Government moved for pre-trial detention for all fourteen defendants charged in this case pursuant to 18 U.S.C. § 3141. During his arraignment and initial appearance, Mr. Finch entered a not guilty plea and consented to voluntary detention, while preserving his right to contest detention at a later date. Following Mr. Finch's initial consent to voluntary detention and reserving his rights to move for pre-trial release at a later date, on February 16, 2024, this Court ordered that Mr. Finch be detained pending trial. The Order was

1

made without prejudice to Mr. Finch filing a motion to consider the issue of pre-trial detention, regardless of whether there have been changed circumstances pursuant to 18 U.S.C. § 3145(b).

In support of this motion for pre-trial release from custody, Mr. Finch *first* states that he is not a danger to the community and does not pose a risk of flight. *Second*, Mr. Finch is not alleged to have personally committed violent offenses in this case, and he adamantly denies the accusations against him. *Third*, Mr. Finch is not a flight risk because he has close ties to the Boston area and was working in Boston when he was detained in this case. Boston is where Mr. Finch's family lives, including his parents and child, and it is where Mr. Finch has lived his entire life.

Mr. Finch asks this Court to order him released on conditions, to include GPS monitoring, no contact with the co-defendants, and to maintain a residence 75 Amory Avenue in Roxbury, Massachusetts –his place of residence before being detained in this matter.  Mr. Finch will reside at 75 Amory Avenue with the mother of his child, who he has known since 2015. More information regarding Mr. Finch's living situation, if granted pre-trial release, can be provided to probation for review. Furthermore, Mr. Finch intends to present evidence at a hearing on his request for pre-trial release detailing his gainful employment and the positive contributions he made to his community before he was detained in this case.

WHEREFORE, Mr. Finch respectfully requests this Honorable Court to hold a hearing to consider Mr. Finch's request for pre-trial release on **October 29, 2024**.

Respectfully submitted,<br>
By his Attorneys,<br>
<br>
/s/ *Cory S. Flashner*<br>
Cory S. Flashner (BBO # 629205)<br>
Edmund P. Daley (BBO # 692290)<br>
Michael A. Pollack (BBO # 704092)<br>
Mintz, Levin, Cohn, Ferris,<br>
Glovsky and Popeo, P.C.<br>
One Financial Center<br>
Boston, Massachusetts 02111<br>
(617) 542-6000<br>
csflashner@mintz.com<br>
epdaley@mintz.com<br>
mapollack@mintz.com

Dated: October 24, 2024

## Certificate of Service

    I, Cory Flashner, hereby certify that I have served a copy of the within motion on all parties by causing it to be filed electronically via ECF.

/s/ *Cory S. Flashner*<br>
Cory S. Flashner (BBO # 629205)

Dated: October 24, 2024