UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　v.<br><br>DOMINIQUE FINCH | Case No. 23-cr-10186-ADB |

**MOTION TO WITHDRAW AS COUNSEL AND**
**FOR THE APPOINTMENT OF NEW COUNSEL**

     Cory S. Flashner and Edmund P. Daley, counsel for the Defendant, Dominique Finch, respectfully request to withdraw as counsel for Mr. Finch pursuant to Local Rule 83.5.2(c)(2). As grounds therefore, Counsel state that they have discussed this request with Mr. Finch, and Mr. Finch agrees that due to unforeseen circumstances relating to his defense, Mr. Finch requires new representation. To the extent the Court requires additional information regarding this request to withdraw as counsel and the request to appoint new counsel to represent Mr. Finch, Mr. Flashner and Mr. Daley are available to present additional information to the Court *ex parte*. If this Court determines that a hearing on this Motion is necessary, Mr. Finch requests to be permitted to appear via Zoom.

                                                             Respectfully submitted,
                                                             By his Attorneys,

                                                            /s/ *Cory S. Flashner*
                                                            Cory S. Flashner (BBO # 629205)
                                                            Edmund P. Daley (BBO # 692290)
                                                            Mintz, Levin, Cohn, Ferris,
                                                            Glovsky and Popeo, P.C.
                                                            One Financial Center
                                                             Boston, Massachusetts 02111
                                                            (617) 542-6000
                                                            csflashner@mintz.com
                                                            epdaley@mintz.com

Dated: February 25, 2025

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

 I, Cory Flashner, hereby certify that on February 24, 2025, I conferred with counsel for the Government regarding this Motion To Withdraw As Counsel And For The Appointment Of New Counsel and the Government stated that it does not take a position regarding this Motion.

               /s/ *Cory S. Flashner*
               Cory S. Flashner (BBO # 629205)

**CERTIFICATE OF SERVICE**

 I, Cory Flashner, hereby certify that on February 25, 2025, I have served a copy of the instant motion on all parties by causing it to be filed electronically via ECF.

               /s/ *Cory S. Flashner*
               Cory S. Flashner (BBO # 629205)

Dated: February 25, 2025