UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETT

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Docket No. 23-cr-10186-ADB** |
| ) | |
| **DOMINIQUE FINCH, et. al.,** ) | |
| ) | |

**STATUS REPORT ON BEHALF
OF DOMINIQUE FINCH**

NOW COMES the Defendant Dominique Finch (Finch), though undersigned CJA counsel Robert L. Peabody of Husch Blackwell LLP, and hereby submits this Status Report following the Court's order of August 13, 2025 that each defendant file a Status Report by September 18, 2025 detailing the current status of discovery received and/or available to each respective defendant. Pursuant to the Court's order, Defendant Dominique Finch submits the following report. Counsel apologizes to the Court for delay filing same.

Undersigned counsel was appointed to represent Defendant Finch in late March 2025 following the withdrawal of predecessor counsel Cory Flashner and Mintz Levin. Later in May/June 2025, counsel was introduced to the Coordinating Discovery Attorney and, in turn, the CasePoint document platform regarding document review on the platform. After overcoming delays and confusion accessing and utilizing this search platform, counsel has been able to access and review portions of the discovery produced, to date, in the case. The process is slow and time consuming considering discovery is voluminous and the press of other cases/matters also requires counsel's attention.

1

In late June, I was also informed by *then* Court of Appeals staff attorney, Michael Andrews, that the discovery vendor was also able to provide counsel with two (2) different hard drives that contained government discovery produced to date in the case – one hard drive was for counsel and the other, smaller hard drive (without protective order material) was for defendant's use while incarcerated at the Wyatt Detention facility. Counsel received both aforementioned hard drives in late July.  During the first week of August, Counsel arranged for delivery to defendant at Wyatt his own hard drive. When counsel met with defendant at Wyatt on August 16, he confirmed receipt of same and was reviewing the discovery contained therein.

The protocol which Wyatt is currently following with respect to discovery hard drives is to retain custody of the hard drives and allow defendants access only on facility computers once a week for three (3) hours only. Defendant is "making do" with the limited, weekly time allotment to review discovery in his case. However, additional time allotments in the future would help speed client review of extensive discovery in his case and, in turn, counsel's discussions with defendant regarding discovery in this case and important next steps.

Counsel and his investigator were able to meet with the government team on August 14 to hear the government's assessment of its case against defendant and review, first hand, materials that counsel had not yet located and/or reviewed on the CasePoint platform.  As of this writing, counsel has requested the government provide copies of these materials to further facilitate defendant's and counsel's understanding of the evidence at issue in his respective case. Upon receipt of the foregoing materials – and distribution to client -- counsel will be in a better possession to request additional discovery from the government.

The Court has also asked counsel indicate when defendant's case would be ready for pretrial conference. Defendant Finch's case will not be ready until counsel has completed his

review all available discovery produced to date on the platform, supplemental discovery to be provided by the government shortly, and after counsel has an opportunity, if necessary, to file discovery motions and dispositive motions if appropriate in defendant's case.  Rather than setting a date for a pretrial conference at this time, defendant Finch would request a further status date (45 days) before the Magistrate Judge in order to report back on the progress of the aforementioned outstanding discovery and related issues.

        Respectfully submitted,

        **DOMINIQUE FINCH**
        By his attorneys,


        <u>/s/ Robert L. Peabody</u>
        Robert L. Peabody (BBO No. 551936)
        Husch Blackwell LLP
        One Congress Street, Ste. 3120
        Boston, Massachusetts 02114
        robert.peabody@huschblackwell.com


Dated: September 30, 2025

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document was served by ECF on all counsel of record by electronic mail (ECF) on September 30, 2025.

                                        */s/ Robert L. Peabody*
                                        Robert L. Peabody (BBO No. 551936)

HB: 4819-6497-5358.3