UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETT

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | ) <br> ) <br> ) |
| v. | )    **Docket No. 23-cr-10186-ADB** <br> ) |
| **DOMINIQUE FINCH, et. al.,** | ) <br> ) |

**STATUS REPORT FILED 3.5.26 ON BEHALF
OF DOMINIQUE FINCH**

NOW COMES the Defendant Dominique Finch (Finch), though undersigned CJA counsel Robert L. Peabody of Husch Blackwell LLP, and hereby submits this Status Report following the Court's directive of 3.5.26 to submit a status report in advance of the Court's 3.6.26 hearing. Pursuant to the Court's order, Defendant Dominique Finch states the following.

Undersigned counsel was appointed to represent Defendant Finch in late March 2025 following the withdrawal of predecessor counsel Cory Flashner and the law firm of Mintz Levin. Later in May/June 2025, counsel was introduced to the Coordinating Discovery Attorney and, in turn, the *CasePoint* document platform regarding document review on the platform. After overcoming delays and confusion accessing and utilizing this search platform over the summer and fall 2025, counsel was able to access and review relevant portions of discovery produced, to date, in the case. The document review process has been time-consuming considering the amount of discovery that has been provided by the government, in addition to accessing/reviewing discovery on the digital platform in a time-consuming, often cumbersome document-by-document process.

1

During this time frame, counsel was able to provide Finch with his own, smaller hard-drive (absent protective order material) with which he could review the same discovery but only on a once-a-week basis for three (3) hours. Likewise, client and counsel have met monthly over the fall and in 2026 to discuss the case, the government's evidence, its strengths and weaknesses, sentencing guidelines exposure, etc.

Counsel and his investigator, Craig Nicewicz, met with the government team in Mid-August to hear the government's assessment of its case against defendant and review, first hand, materials provided to counsel. Additional documents were provided to counsel re: client's case thereafter at defendant's request to further defendant's and counsel's understanding of the evidence. Counsel and PI Nicewicz met again with the government team on 2/17/26 to further review the relevant evidence and law governing the case against Finch and discuss different pathways towards a plea agreement both from a liability and sentencing perspective.

To further the process described above, Finch joins the government in seeking an additional status date 45 to 60 days hence within which time the parties will continue to work to reach a mutually acceptable plea resolution.

Respectfully submitted,

**DOMINIQUE FINCH**
By his attorneys,

/s/ Robert L. Peabody
Robert L. Peabody (BBO No. 551936)
Husch Blackwell LLP
One Congress Street, Ste. 3120
Boston, Massachusetts 02114
robert.peabody@huschblackwell.com

Dated: March 5, 2026

3

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document was served by ECF on all counsel of record by electronic mail (ECF) on March 5, 2026.

                                                */s/ Robert L. Peabody*
                                                Robert L. Peabody (BBO No. 551936)

HB: 4819-6497-5358.3