# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No: 23-cr-101856-AWB |
| v. | ) | |
| DOMINIQUE FINCH, | ) | |
| Defendant. | ) | |

## MOTION FOR FUNDS FOR TRANSCRIPTS OF RULE 11 HEARINGS OF CERTAIN FINCH CO-DEFENDANTS IN THE ABOVE-CAPTIONED MATTER

NOW COMES the Defendant Dominique Finch (Finch), though undersigned CJA counsel Robert L. Peabody of Husch Blackwell LLP, and hereby moves this Honorable Court to approve sufficient funds to enable Kelly Mortellite, RPR, RMR, CRR, an Official Court Reporter with the District Court of Massachusetts[1], to transcribe FRCP Rule 11 plea hearings that were previously conducted before this Court for the following five (5) defendants:

Trevon Bell
Tyree Herring
De'Vonne McDonald-Jones
Michael Riley
Keyon Roberson

Undersigned counsel has asked Ms. Mortellite to produce the transcript within a 14-day time frame. Ms. Vaillancourt indicated that the estimated cost for transcripts of the above-listed five (5) plea hearings would cost approximately $680. As such, undersigned counsel respectfully asks the Court to approve $680 to complete the requested transcript per Ms. Mortellite's

---

[1] Kelly Mortellite, CSR, RPR, Official Court Reporter, John Joseph Moakley U.S. Courthouse, One Courthouse Way, Room 7205, Boston, Massachusetts 02210. (mortellite@gmail.com).

1

guidance.

Undersigned counsel was previously appointed by the Court as CJA counsel for defendant Finch.

Respectfully submitted,

**DOMINIQUE FINCH**

By his attorneys,

 **/s/ Robert L. Peabody**
Robert L. Peabody (BBO No. 551936)
Husch Blackwell LLP
One State Street, Ste. 3120
Boston, Massachusetts 02114
robert.peabody@huschblackwell.com
(617) 598-6732 *(direct)*
(617) 733-1376 *(mobile)*

Dated: August 6, 2026

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF on all counsel of record on August 6, 2026.

**/s/ Robert L. Peabody**
Robert L. Peabody

HB: 4936-1548-5637.1