**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETT**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | **Docket No. 23-cr-10186-ADB** |
| **DOMINIQUE FINCH, et. al.,** | ) | |

## MOTION FOR FRCP RULE 11 HEARING FOR DOMINIQUE FINCH

NOW COMES the Defendant Dominique Finch (Finch), though undersigned CJA counsel Robert L. Peabody of Husch Blackwell LLP, and hereby moves this Honorable Court to schedule a Rule 11 (b) plea hearing in accordance with the Federal Rules of Criminal Procedures.

Cognizant of the Court's busy trial schedule during the month of December 2026, defendant Finch, respectfully, requests a date sometime during the second week of December; and, possibly, on Thursday, December 10, 2026 at a time convenient for the Court. The government has been consulted and is agreeable to the suggested time frame/date set forth above.

Based on the foregoing, Defendant asks that his motion be allowed.

Respectfully submitted,

**DOMINIQUE FINCH**
By his attorneys,

**/s/ Robert L. Peabody**
Robert L. Peabody (BBO No. 551936)
Husch Blackwell LLP
One Congress Street, Ste. 3102
Boston, Massachusetts 02114
(617) 598-6732
robert.peabody@huschblackwell.com

Dated: November 17, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served by ECF on all counsel of record by electronic mail (ECF) on November 17, 2026.

*/s/ Robert L. Peabody*
Robert L. Peabody (BBO No. 551936)

HB: 4819-6497-5358.3